| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOARD OF TRUSTEES OF THE
NORTHWEST IRONWORKERS HEALTH
AND SECURITY FUND, et al.,

   Plaintiffs,

v.

DAVE HUNT and JANE DOE HUNT and
the marital community composed thereof,
DAVID SCHMEICHEL and JANE DOE
SCHMEICHEL and the marital community
composed there of d/b/a D-K FIELD
CONSTRUCTION WELDING,
Contractor's License No, DKFIECW975DK
(hereafter referred to as the Employer,

   Defendants.

NO.   CV 06-5481RBL

ORDER OF DEFAULT

Judge Ronald B. Leighton
Calendar Date:   11/10/06

Pursuant to plaintiffs' motion, the Court having considered the pleadings on file, the Declaration of plaintiffs' counsel, and being otherwise generally advised;

The Court finds that the defendants were served with a copy of the Summons and Complaint on or about September 25, 2006 and September 30, 2006, and have not filed a responsive pleading or applied to this Court for any Order, and, therefore, it is

ORDER OF DEFAULT - 1

2900 013 hj300605 11/13/06

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

1  ORDERED that the defendants, hereby are in default.

2

3  DATED at Tacoma, Washington, this 13th day of November, 2006.

4

5

6

7  <u>BRUCE RIFKIN</u>
U.S. DISTRICT COURT CLERK

8  By:  <u>s/Jean Boring</u>
Deputy Clerk

9

10

11  Presented by:

12

13

14  <u>/s/ Michael H. Korpi</u>
Michael H. Korpi, WSBA #12711

15  SMITH MCKENZIE ROTHWELL
    & BARLOW, P.S.

16  Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

ORDER OF DEFAULT – 2

2900 013 hj300605 11/13/06

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900