Michael H. Korpi
SMITH McKENZIE ROTHWELL
    & BARLOW, P.S.
500 Union Street, Suite 700
Seattle, WA 98101
(206) 224-9900

Attorneys for Plaintiffs

```
┌─────────────────────────────────┐
│  FILED _____ LODGED           │
│  _____ RECEIVED               │
│                                  │
│      NOV 29 2006                 │
│                                  │
│        CLERK U.S. DISTRICT COURT │
│  WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│  BY                      DEPUTY  │
└─────────────────────────────────┘
```

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

BOARD OF TRUSTEES OF THE
NORTHWEST IRONWORKERS HEALTH
AND SECURITY FUND, et al.,

10

                    Plaintiffs,

NO.  CV06-5481 RBL

11

            v.

ORDER OF DEFAULT JUDGMENT

12
13
14
15

DAVE HUNT and JANE DOE HUNT and
the martial community composed thereof,
DAVID SCHMEICHEL and JANE DOE
SCHMEICHEL and the marital community
composed thereof d/b/a D-K FIELD
CONSTRUCTION WELDING,

||||||| ||||| ||||| ||||| ||||| ||||| ||||| ||| ||||
| |||||||| ||| ||||||| ||||| |||||| || ||||

06-CV-05481-JGM

16

                    Defendants.

17
18

JUDGMENT SUMMARY

19

Judgment Creditors:

Northwest Ironworkers Health and Security Fund,
Northwest Ironworkers Retirement Trust, Northwest
Field Ironworkers Annuity Trust Fund, Northwest
Ironworkers Employers Vacation  Trust, Northwest
Ironworkers & Employers Apprenticeship & Training
Trust Fund, Northwest Ironworkers Industry Trust Fund,
Northwest Ironworkers Drug Test Fund

20
21
22
23

Judgment Debtor:

Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane
Doe Schmeichel d/b/a D-K Field Construction Welding

24
25

ORDER OF DEFAULT JUDGMENT - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 hk160110 11/17/06



| | |
|---|---|
| Principal Judgment Amount: | $ 2,709.21 |
| Attorneys' Fees and Costs: | 2,060.84 |
| TOTAL: | $ 4,770.05 |

Principal Judgment Amount Shall Bear Interest at 12% per annum.

Attorney fees, costs and other recovery amounts shall bear interest at 12% per annum.

Attorney for Judgment Creditors:     Michael H. Korpi, WSBA #12711
SMITH MCKENZIE ROTHWELL
& BARLOW, P.S.

Attorney for Judgment Debtor:          NONE

This is an action for breach of a collective bargaining agreement and for foreclosure of labor lien against public works contract and retained percentage.   In accordance with plaintiffs' motion, the Court having considered the pleadings, documents and declarations on file, finds as follows:

### FINDINGS OF FACT

1.       The Court, having considered the declaration of Michael H. Korpi, one of plaintiffs' attorneys; concludes that said declaration is accurate and that the representations made herein regarding attorneys' fees and costs are accurate.

2.       The Court concludes that an Order of Default was entered on November 13, 2006, adjudging the defendants, Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane Doe Schmeichel d/b/a D-K Field Construction Welding , to be in default.

3.       The Court finds that $1,638.07 in unpaid liquidated damages, and $1,071.14 in interest are due and owing for the delinquent period of April through July 2005.

ORDER OF DEFAULT JUDGMENT - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 hk160110 11/17/06

4.     The Court finds that $1,312.45 in costs, including filing fee and process service, were incurred in this action and are recoverable under the agreements.

5.     The Court finds that a reasonable attorneys' fee for work done from November 23, 2005 through October 31, 2006 is $748.39, consisting of 8.20 hours of attorney and legal assistant time.

6.     The Court hereby finds that plaintiffs are entitled to a default judgment against the defendant, Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane Doe Schmeichel d/b/a D-K Field Construction Welding, in the following amounts for the delinquent period of April through July, 2005:

| | |
|---|---|
| Liquidated Damages: | $ 1,638.07 |
| Interest: | 1,071.14 |
| Costs: | 1,312.45 |
| Attorney's Fees | 748.39 |
| TOTAL: | $ 4,770.05 |

## CONCLUSIONS OF LAW

7.     The Court finds that the plaintiffs are entitled to default judgment against the defendant, Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane Doe Schmeichel d/b/a D-K Field Construction Welding, in the amount of $4,770.05 as a matter of law.

## JUDGMENT

8.     It is ORDERED, ADJUDGED and DECREED that a default judgment be entered against Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane Doe Schmeichel d/b/a

ORDER OF DEFAULT JUDGMENT - 3

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 hk160110 11/17/06

D-K Field Construction Welding, consistent with the Findings of Fact and Conclusions of

Law.

DONE IN OPEN COURT this 29th day of November 2006.

Honorable Robert S. Lasnik
U.S. District Court Judge

Presented by:

/s/ Michael H. Korpi
Michael H. Korpi, WSBA #12711
SMITH MCKENZIE ROTHWELL
& BARLOW, P.S.
Attorneys for Plaintiffs

ORDER OF DEFAULT JUDGMENT - 4

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 hk160110 11/17/06